# LOS RIVERA'S CAFFE LLC   ACTIVE

1 IVES STREET, DANBURY, CT, 06810, United States

## BUSINESS DETAILS

## Business Details

### General Information

**Business Name**
LOS RIVERA'S CAFFE LLC

**Business status**
ACTIVE

**Citizenship/place of formation**
Domestic/Connecticut

**Business address**
1 IVES STREET, DANBURY, CT, 06810, United States

**Annual report due**
3/31/2025

**NAICS code**
Full-Service Restaurants (722511)

**Business ALEI**
1323404

**Date formed**
10/3/2019

**Business type**
LLC

**Mailing address**
1 IVES STREET, DANBURY, CT, 06810, United States

**Last report filed**
2024

**NAICS sub code**

### Principal Details

**Principal Name**
DIANA PATRICIA RIVERA

**Principal Title**

MEMBER

Principal Business address
1 IVES STREET, DANBURY, CT, 06810, United States

Principal Residence address
1 IVES STREET, DANBURY, CT, 06810, United States

## Agent details

Agent name
DIANA PATRICIA RIVERA

Agent Business address
1 IVES STREET, DANBURY, CT, 06810, United States

Agent Mailing address
40 Starrs Plain Rd, Danbury, CT, 06810-8333, United States

Agent Residence addresss
40 STARRS PLAIN ROAD , FL 1, DANBURY, CT, 06810, United States

## Filing History


(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t00000044dyV/Z23Sg2SUVEEy5lTKugmT.itkmEweeqQ3ke1s5wiGR5w)

Volume Type
B

Volume
2623

Start page
1000

Pages
2

Date generated
10/3/2019

Digital copy
View as PDF
(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t00000044dyV/Z23Sg2SUVEEy5lTKugmT.itkmEweeqQ3ke1s5wiGR5w)

**Business Formation - Certificate of Organization**
**0006654802**
Filing date:
10/3/2019
Filing time:



State of Connecticut

# Lookup Detail View

### Name and Address

| Name | DBA | Address |
|---|---|---|
| DIANA P RIVERA | LOS RIVERA'S CAFFE | 1 IVES ST<br>DANBURY, CT 06810-6684 |

### Backer

| Name |
|---|
| LOS RIVERA'S CAFFE LLC |

### Endorsements

| Entertainment | Facility | Additional Consumer Bars |
|---|---|---|
| Acoustics (not amplified), Disc Jockeys | | 0 |

### Credential Information

Specific

| Credential | Credential Type | Address | Current Effective Date | Expiration Date | Status | Supervisor Name | Supervisor Cred# |
|---|---|---|---|---|---|---|---|
| LIR.0020502 | RESTAURANT LIQUOR | 1 IVES ST DANBURY, CT 06810-6684 | 05/07/2023 | 05/06/2025 | ACTIVE | | |

Generated on:   4/4/2024 1:48:01 PM